10.505.02

1  JAMES A. PATTEN
   PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC
2  Suite 300, The Fratt Building
   2817 Second Avenue North
3  Billings, MT 59101-2041
   Telephone:  (406) 252-8500
4  Facsimile:  (406) 294-9500
   email:       apatten@ppbglaw.com
5
   STEPHAN C. VOLKER (CSB #63093) (Pro hac vice pending)
6  ALEXIS E. KRIEG (CSB #254548) (Pro hac vice pending)
   STEPHANIE L. CLARKE (CSB #257961) (Pro hac vice pending)
7  DANIEL P. GARRETT-STEINMAN (CSB #269146) (Pro hac vice pending)
   JAMEY M.B. VOLKER (CSB #273544) (Pro hac vice pending)
8  LAW OFFICES OF STEPHAN C. VOLKER
   950 Gilman Street, Suite 100
9  Berkeley, California 94710-1462
   Telephone:  (510) 496-0600
10 Facsimile:  (510) 559-9654
   email:       svolker@volkerlaw.com
11              akrieg@volkerlaw.com
                sclarke@volkerlaw.com
12              dgarrett@volkerlaw.com
                jvolker@volkerlaw.com
13
   Attorneys for Plaintiffs
14 INDIGENOUS ENVIRONMENTAL NETWORK
   and NORTH COAST RIVERS ALLIANCE
15

16                 IN THE UNITED STATES DISTRICT COURT

17                     FOR THE DISTRICT OF MONTANA

18                        GREAT FALLS DIVISION

19 INDIGENOUS ENVIRONMENTAL NETWORK  ) Case No.:
   and NORTH COAST RIVERS ALLIANCE,  ) CV-17-29-GF-BMM
20                                   )
                 Plaintiffs,         )
21                                   )
         vs.                         )
22                                   ) **AFFIDAVIT IN SUPPORT
   UNITED STATES DEPARTMENT OF STATE;) OF APPLICATION FOR
23 THOMAS A. SHANNON, JR., in his official capacity ) ADMISSION *PRO HAC
   as U.S. Under Secretary of State; UNITED STATES ) VICE***
24 FISH AND WILDLIFE SERVICE, a federal agency; )
   JAMES W. KURTH, in his official capacity as Acting ) (Mont. Civ. R. 83.1(d))
25 Director of the U.S. Fish and Wildlife Service; and )
   RYAN KEITH ZINKE, in his official capacity as )
26 U.S. Secretary of the Interior,   )
                                     )
27               Defendants.         )
   _____)
28

AFFIDAVIT IN SUPPORT FOR ADMISSION -
PRO HAC VICE                        - 1 -

STATE OF CALIFORNIA       )
                          : ss.
COUNTY OF ALAMEDA         )

I, Alexis E. Krieg, being first duly sworn, depose and say under penalty of perjury the following:

1. I am an attorney who is licensed to practice law in the State of California and a member of the Law Offices of Stephan C. Volker;

2. I wish to appear on behalf of Indigenous Environmental Network and North Coast Rivers Alliance;

3. I am a resident of the State of California. My office address is 950 Gilman Street, Suite 100, Berkeley, California 94710-1462; Telephone: (510) 496-0600; Facsimile: (510) 559-9654; and email address: akrieg@volkerlaw.com;

4. I have paid the admission fee, or it has been advanced on my behalf by Mr. James A. Patten, a member in good standing in this Court;

5. I have obtained the name, address, telephone number, and written consent of James A. Patten, a member in good standing of the Bar of this Court, to serve as local counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and upon whom papers may be served;

6. I became a member of the State Bar of California in December 2007 and am a member in good standing. My state bar number is 254548;

7. I was admitted to the United States District Court for the Northern District of California in 2010 and am a member in good standing;

8. I am not currently suspended or disbarred in any other court;

9. I have not, over the past two years, made any *pro hac vice* application to this court.

10. I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association;

11. I have not been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b),

(c), (d) or (f) or their state equivalent;

12. I am proficient in electronic filing in the United States District Court for the Southern, Central, Eastern and Northern Districts of California;

13. I understand that *pro hac vice* admission in this court is personal to the attorney only and is not admission of a law firm and that I will be held fully accountable for the conduct of the litigation in this court; and

14. I agree to comply with the applicable statutes, laws, and procedural rules of the United States District Court for the District of Montana.

I declare under the penalty of perjury and under the laws of the State of Montana that the foregoing is true and correct.

Dated this 30th day of March, 2017.

LAW OFFICES OF STEPHAN C. VOLKER

ALEXIS E. KRIEG
950 Gilman Street, Ste 100
Berkeley, CA 94710-1462

On this 30 day of March, 2017, before me, a notary public in and for said state, personally appeared ALEXIS E. KRIEG, known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that she executed the same.

[Seal]

Notary Public for the State of California
Printed Name: ARMAN AKRAM KHAN
Residing at: ALAMEDA, CA
My commission expires: 03/09/2018

ARMAN AKRAM KHAN
Commission # 2060558
Notary Public - California
Alameda County
My Comm. Expires Mar 9, 2018