10.505.02

JAMES A. PATTEN
PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC
Suite 300, The Fratt Building
2817 Second Avenue North
Billings, MT 59101-2041
Telephone: (406) 252-8500
Facsimile: (406) 294-9500
email:     apatten@ppbglaw.com

STEPHAN C. VOLKER (CSB #63093) (Pro hac vice pending)
ALEXIS E. KRIEG (CSB #254548) (Pro hac vice pending)
STEPHANIE L. CLARKE (CSB #257961) (Pro hac vice pending)
DANIEL P. GARRETT-STEINMAN (CSB #269146) (Pro hac vice pending)
JAMEY M.B. VOLKER (CSB #273544) (Pro hac vice pending)
LAW OFFICES OF STEPHAN C. VOLKER
950 Gilman Street, Suite 100
Berkeley, California 94710-1462
Telephone: (510) 496-0600
Facsimile: (510) 559-9654
email:     svolker@volkerlaw.com
           akrieg@volkerlaw.com
           sclarke@volkerlaw.com
           dgarrett@volkerlaw.com
           jvolker@volkerlaw.com

Attorneys for Plaintiffs
INDIGENOUS ENVIRONMENTAL NETWORK
and NORTH COAST RIVERS ALLIANCE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF STATE; THOMAS A. SHANNON, JR., in his official capacity as U.S. Under Secretary of State; UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency; JAMES W. KURTH, in his official capacity as Acting Director of the U.S. Fish and Wildlife Service; and RYAN KEITH ZINKE, in his official capacity as U.S. Secretary of the Interior,<br><br>Defendants. | Case No.:<br>CV-17-29-GF-BMM<br><br>**AFFIDAVIT IN SUPPORT OF APPLICATION FOR ADMISSION –** *PRO HAC VICE*<br><br>(Mont. Civ. R. 83.1(d)) |

STATE OF CALIFORNIA     )
                        : ss.
COUNTY OF ALAMEDA       )

I, Stephanie L. Clarke, being first duly sworn, depose and say under penalty of perjury the following:

1. I am an attorney who is licensed to practice law in the State of California and a member of the Law Offices of Stephan C. Volker;

2. I wish to appear on behalf of Indigenous Environmental Network and North Coast Rivers Alliance;

3. I am a resident of the State of California. My office address is 950 Gilman Street, Suite 100, Berkeley, California 94710-1462; Telephone: (510) 496-0600; Facsimile: (510) 559-9654; and email address: sclarke@volkerlaw.com;

4. I have paid the admission fee, or it has been advanced on my behalf by Mr. James A. Patten, a member in good standing in this Court;

5. I have obtained the name, address, telephone number, and written consent of James A. Patten, a member in good standing of the Bar of this Court, to serve as local counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and upon whom papers may be served;

6. I became a member of the State Bar of California in December 2008 and am a member in good standing. My state bar number is 257961;

7. I was admitted to the United States District Court for the Northern District of California in March 2009 and am a member in good standing;

8. I am not currently suspended or disbarred in any other court;

9. I have not, over the past two years, made any *pro hac vice* application to this court;

10. I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association;

11. I have not been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b),

1     (c), (d) or (f) or their state equivalent;

2  12.   I am proficient in electronic filing in the United States District Court for the Southern, Central, Eastern and Northern Districts of California;

4  13.   I understand that *pro hac vice* admission in this court is personal to the attorney only and is not admission of a law firm and that I will be held fully accountable for the conduct of the litigation in this court; and

7  14.   I agree to comply with the applicable statutes, laws, and procedural rules of the United States District Court for the District of Montana.

    I declare under the penalty of perjury and under the laws of the State of Montana the foregoing is true and correct.

Dated this 29th day of March, 2017.

LAW OFFICES OF STEPHAN C. VOLKER

*/s/ Stephanie L. Clarke*

STEPHANIE L. CLARKE
950 Gilman Street, Ste 100
Berkeley, CA 94710-1462

    On this _____ day of March, 2017, before me, a notary public in and for said state, personally appeared STEPHANIE L. CLARKE, known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

[Seal]

Notary Public for the State of California
Printed Name:_____
Residing at:_____
My commission expires:_____

*Please see attached State of California Acknowledgement form.

---

AFFIDAVIT IN SUPPORT FOR ADMISSION -
PRO HAC VICE         - 3 -

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of Alameda )

On March 29, 2017 before me, Maya Arechiga, Notary Public,
  Date                              Here Insert Name and Title of the Officer

personally appeared Stephanie L Clarke
                    Name(s) of Signer(s)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Maya Arechiga_
            Signature of Notary Public

[Notary Seal: MAYA ARECHIGA, Commission # 2040534, Notary Public - California, Contra Costa County, My Comm. Expires Sep 7, 2017]

Place Notary Seal Above

———————————— OPTIONAL ————————————
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: Affidavit    Document Date: 3/29/2017
Number of Pages: 3    Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____                Signer's Name: _____
☐ Corporate Officer — Title(s): _____  ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General         ☐ Partner — ☐ Limited ☐ General
☐ Individual  ☐ Attorney in Fact         ☐ Individual  ☐ Attorney in Fact
☐ Trustee     ☐ Guardian or Conservator  ☐ Trustee     ☐ Guardian or Conservator
☐ Other: _____                      ☐ Other: _____
Signer Is Representing: _____       Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907