10.505.02

1   JAMES A. PATTEN
    PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC
2   Suite 300, The Fratt Building
    2817 Second Avenue North
3   Billings, MT 59101-2041
    Telephone:  (406) 252-8500
4   Facsimile:  (406) 294-9500
    email:      apatten@ppbglaw.com
5
    STEPHAN C. VOLKER (CSB #63093) (Pro hac vice pending)
6   ALEXIS E. KRIEG (CSB #254548) (Pro hac vice pending)
    STEPHANIE L. CLARKE (CSB #257961) (Pro hac vice pending)
7   DANIEL P. GARRETT-STEINMAN (CSB #269146) (Pro hac vice pending)
    JAMEY M.B. VOLKER (CSB #273544) (Pro hac vice pending)
8   LAW OFFICES OF STEPHAN C. VOLKER
    950 Gilman Street, Suite 100
9   Berkeley, California 94710-1462
    Telephone:  (510) 496-0600
10  Facsimile:  (510) 559-9654
    email:      svolker@volkerlaw.com
11              akrieg@volkerlaw.com
                sclarke@volkerlaw.com
12              dgarrett@volkerlaw.com
                jvolker@volkerlaw.com
13
    Attorneys for Plaintiffs
14  INDIGENOUS ENVIRONMENTAL NETWORK
    and NORTH COAST RIVERS ALLIANCE
15

16              IN THE UNITED STATES DISTRICT COURT

17                 FOR THE DISTRICT OF MONTANA

18                    GREAT FALLS DIVISION

19  INDIGENOUS ENVIRONMENTAL NETWORK    )   Case No.:
    and NORTH COAST RIVERS ALLIANCE,    )   CV-17-29-GF-BMM
20                                      )
           Plaintiffs,                  )
21                                      )   **AFFIDAVIT IN SUPPORT
           vs.                          )   OF APPLICATION FOR
22                                      )   ADMISSION *PRO HAC
    UNITED STATES DEPARTMENT OF STATE;  )   VICE***
23  THOMAS A. SHANNON, JR., in his official capacity )
    as U.S. Under Secretary of State; UNITED STATES )
24  FISH AND WILDLIFE SERVICE, a federal agency; )   (Mont. Civ. R. 83.1(d))
    JAMES W. KURTH, in his official capacity as Acting )
25  Director of the U.S. Fish and Wildlife Service; and )
    RYAN KEITH ZINKE, in his official capacity as )
26  U.S. Secretary of the Interior,     )
                                        )
27         Defendants.                  )
                                        )
28  _____

STATE OF CALIFORNIA          )

                                : ss.

COUNTY OF ALAMEDA          )

I, Jamey M.B. Volker, being first duly sworn, depose and say under penalty of perjury the following:

1.      I am an attorney who is licensed to practice law in the State of California and a member of the Law Offices of Stephan C. Volker;

2.      I wish to appear on behalf of Indigenous Environmental Network and North Coast Rivers Alliance;

3.      I am a resident of the State of California.  My office address is 950 Gilman Street, Suite 100, Berkeley, California 94710-1462; Telephone: (510) 496-0600; Facsimile:    (510) 559-9654; and email address: jvolker@volkerlaw.com;

4.      I have paid the admission fee, or it has been advanced on my behalf by Mr. James A. Patten, a member in good standing in this Court;

5.      I have obtained the name, address, telephone number, and written consent of James A. Patten, a member in good standing of the Bar of this Court, to serve as local counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and upon whom papers may be served;

6.      I became a member of the State Bar of California in December 2010 and am a member in good standing.  My state bar number is 273544;

7.      I was admitted to the United States District Court for the Central District of California in February 2011 and am a member in good standing;

8.      I am not currently suspended or disbarred in any other court;

9.      I have not, over the past two years, made any *pro hac vice* application to this court.

10.    I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association;

11.    I have not been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b),

1    (c), (d) or (f) or their state equivalent;

2  12.   I am proficient in electronic filing in the United States District Court for the

3        Southern, Central, Eastern and Northern Districts of California;

4  13.   I understand that *pro hac vice* admission in this court is personal to the attorney

5        only and is not admission of a law firm and that I will be held fully accountable for

6        the conduct of the litigation in this court; and

7  14.   I agree to comply with the applicable statutes, laws, and procedural rules of the

8        United States District Court for the District of Montana.

9        I declare under the penalty of perjury and under the laws of the State of Montana

10  that the foregoing is true and correct.

11       Dated this 29th day of March, 2017.

12                              LAW OFFICES OF STEPHAN C. VOLKER

13

14                              JAMEY M.B. VOLKER

15                              950 Gilman Street, Ste 100
                                Berkeley, CA 94710-1462
16

17

18

19       On this ____ day of March, 2017, before me, a notary public in and for said state, personally
    appeared JAMEY M.B. VOLKER, known to me to be the person whose name is subscribed to the
20  within instrument, and acknowledged to me that he executed the same.

21

22       [Seal]                 Notary Public for the State of California
                                Printed Name:_____
23                              Residing at:_____
                                My commission expires:_____
24

25       Please see attached State of

26       California Acknowledgment form.

27

28

AFFIDAVIT IN SUPPORT FOR ADMISSION -
PRO HAC VICE                         - 3 -

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    **CIVIL CODE § 1189**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                          )
County of _Alameda_____          )

On _March 29, 2017_ before me, _Maya Arechiga, Notary Public_,
    *Date*                    *Here Insert Name and Title of the Officer*
personally appeared _Jamey M. B. Volker_____
                            *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

MAYA ARECHIGA
Commission # 2040534
Notary Public - California
Contra Costa County
My Comm. Expires Sep 7, 2017

Signature _Maya Arechiga_____
          *Signature of Notary Public*

*Place Notary Seal Above*

———————————— **OPTIONAL** ————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Affidavit_____ Document Date: _3/29/2017_
Number of Pages: _3_ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| | |
|---|---|
| Signer's Name: _____ | Signer's Name: _____ |
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited ☐ General | ☐ Partner — ☐ Limited ☐ General |
| ☐ Individual ☐ Attorney in Fact | ☐ Individual ☐ Attorney in Fact |
| ☐ Trustee ☐ Guardian or Conservator | ☐ Trustee ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907