IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE,<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE; THOMAS A. SHANNON, JR., in his official capacity as U.S. Under Secretary of State; UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency; JAMES W. KURTH, in his official capacity as Acting Director of the U.S. Fish and Wildlife Service; and RYAN KEITH ZINKE, in his official capacity as U.S. Secretary of the Interior,<br><br>Defendants. | CV-17-29-GF-BMM<br><br>**ORDER** |

Plaintiffs have moved for admission of Stephan C. Volker (Mr. Volker), (Doc. 3), to practice before this Court in this case with James A. Patten of Patten, Peterman, Bekkedahl & Green, PLLC to act as local counsel. Mr. Volker's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Plaintiffs' motion to allow Mr. Volker to appear on their behalf (Doc. 3) is

**GRANTED** on the following conditions:

1. Local counsel, Mr. Patten, will be designated as lead counsel or as co-lead counsel with Mr. Volker. Mr. Volker must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Mr. Patten, shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Mr. Volker, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Mr. Volker.

DATED this 12th day of April, 2017.

_/s/ Brian Morris_
Brian Morris
United States District Court Judge