OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For The District of Montana

Tyler P. Gilman
Clerk of Court



Beth Conley
Chief Deputy of
Administration

Coleen Hanley
Chief Deputy of
Operations

April 12, 2017

Case Number: CV-17-29 -GF-BMM

Dear Counsel:  Stephan C. Volker

Our records indicate you have appeared as counsel of record in a matter pending before the United States District Court for the District of Montana.  All attorneys appearing in the District of Montana must register with the clerk's office to become electronic filers.  L.R. 1.4(c)(1).  Exemption may be sought on a case-by-case basis by showing good cause, such as the unavailability of high-speed internet access.  Attorneys who fail to either register or obtain an exemption from registration will not be able to file in the court record.  Nor will they be able to receive service from the clerk's office of any filings.

If you are registered to file electronically in another federal district or bankruptcy court, you will not be required to complete training before registering as a CM/ECF user in the District of Montana.  Simply complete the CM/ECF User Registration Form found on the court's website at http://www.mtd.uscourts.gov/cmecf-attorney-registration and submit it as directed on the form.

If you are not registered to file electronically in another federal district or bankruptcy court, you will need to complete our electronic learning modules before registering for a login and password.  The learning modules can be found on our website at http: //www.mtd.uscourts.gov/efiling.html under the Training and Manuals section.  After you have completed the modules and reviewed our Administrative Procedures Manual, please complete the short quiz.  After successfully passing the quiz, print the results, and submit them with your registration form to the mail or e-mail address located on the form.

A login and password will be e-mailed to you after the court receives your properly completed materials.

Tyler P. Gilman, Clerk of Court

by  /s/ Suzy Redding
        Case Manager