# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK, *et al.*, | |
| Plaintiffs, | CV-17-29-GF-BMM |
| v. | **ORDER** |
| UNITED STATES DEPARTMENT OF STATE, *et al.*, | |
| Federal Defendants. | |
| and | |
| TRANSCANADA KEYSTONE PIPELINE and TRANSCANADA CORPORATION, | |
| Defendant-Intervenors. | |

Defendant-Intervenors have moved for an order allowing Peter R. Steenland (Mr. Steenland) and Lauren C. Freemen (Ms. Freeman) to appear *pro hac vice* in this case with Jeffrey J. Oven of Crowley Fleck PLLP designated as local counsel.

The applications of Mr. Steenland and Ms. Freeman appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Defendant-Intervenors' motions to allow Mr. Steenland and Ms. Freeman to appear on their behalf (Docs. 38 and 39) are GRANTED, subject to the following conditions:   1.  Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.  Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3.  Mr. Steenland and Ms. Freeman must each do their own work.  Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4.   Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5.   Admission is personal only to Mr. Steenland and Ms. Freeman not the law firm of Sidley Austin, LLP.

IT IS FURTHER ORDERED:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set

forth above.

DATED this 1st day of June, 2017.

_____
Brian Morris
United States District Court Judge