# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE,<br><br>Plaintiffs,<br>vs.<br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>Federal Defendants, | CV 17-29-GF-BMM<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Motion Hearing and Preliminary Pretrial Conference are **RESET** for **Wednesday, October 11, 2017 at 1:30 p.m.** before the undersigned. Preliminary Pretrial Statements, Joint Discovery Plan and Statement of Stipulated Facts are due to the Court on October 4, 2017.

Dated this 25th of July, 2017.

Brian Morris
United States District Court Judge