JAMES A. PATTEN
PATTEN, PETERMAN,
BEKKEDAHL & GREEN,
     PLLC
Suite 300, The Fratt Building
2817 Second Avenue North
Billings, MT 59101-2041
Telephone:  (406) 252-8500
Facsimile:   (406) 294-9500
email:  apatten@ppbglaw.com

Attorneys for Plaintiffs
INDIGENOUS
ENVIRONMENTAL
NETWORK and NORTH
COAST RIVERS ALLIANCE

STEPHAN C. VOLKER (Pro hac vice)
ALEXIS E. KRIEG (Pro hac vice)
STEPHANIE L. CLARKE (Pro hac vice)
DANIEL P. GARRETT-STEINMAN (Pro
    hac vice)
JAMEY M.B. VOLKER (Pro hac vice)
LAW OFFICES OF STEPHAN C. VOLKER
1633 University Avenue
Berkeley, California 94703-1424
Telephone:  (510) 496-0600
Facsimile:   (510) 845-1255
email:     svolker@volkerlaw.com
           akrieg@volkerlaw.com
           sclarke@volkerlaw.com
           dgarrett@volkerlaw.com
           jvolker@volkerlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>　　　　　Federal Defendants, | Civ. No. 4:17-cv-00029-BMM<br><br>**PLAINTIFFS' SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Hearing:　October 11, 2017<br>Time:　　1:30 p.m.<br><br>Judge:　　Hon. Brian M. Morris |

| | ) |
|---|---|
| and | ) |
| | ) |
| TRANSCANADA KEYSTONE PIPELINE | ) |
| and TRANSCANADA CORPORATION, | ) |
| | ) |
| | ) |
| Defendant-Intervenors. | ) |
| | ) |

TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that subsequent to plaintiffs' filing of their Memorandum of Points and Authorities in Opposition to Federal Defendants' Motion to Dismiss and TransCanada's Motion to Dismiss on July 14, 2017, Westlaw assigned a citation number to a district court ruling issued January 30, 2017 that expanded the scope of a previous ruling by the same district court that plaintiffs had cited in their July 14, 2017 Opposition, *Protect Our Communities Foundation v. Chu*, 2014 WL 1289444 (S.D. Cal. No. 3:12-cv-03062-L-JLB, Mar. 27, 2014).

The new case citation which plaintiffs wish to bring to this Court's attention is *Backcountry Against Dumps, et al. v. United States Department of Energy, et al.*, Case No. 3:12-cv-03062-L-JLB (S.D. Cal. Jan. 30, 2017), "Order Granting Plaintiffs' Motion for Summary Judgment and Denying Defendants' Cross-Motion for Summary Judgment"), 2017 WL 2988273.  The relevant discussion appears on pages 6-10 of the Slip Opinion (2017 WL 2988273**3-4), wherein the court ruled

that a presidential permit issued by the Department of Energy ("DOE") was subject to the National Environmental Policy Act, 42 U.S.C. § 4321 et seq. ("NEPA"), and that "[u]nder NEPA, DOE had a duty to prepare an environmental impact statement ("EIS") stemming from the action authorized by [the Presidential Permit]," including "the environmental impacts upon Mexico." 2017 WL 2988273**3-4.

These issues are addressed on pages 16-29 of plaintiffs' Memorandum of Points and Authorities in Opposition to Federal Defendants' Motion to Dismiss and TransCanada's Motion to Dismiss (Dkt. 60).

| | |
|---|---|
| Dated: August 15, 2017 | PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC<br>s/ *James A. Patten*<br>JAMES A. PATTEN |
| Dated: August 15, 2017 | LAW OFFICES OF STEPHAN C. VOLKER<br>s/ *Stephan C. Volker*<br>STEPHAN C. VOLKER (Pro Hac Vice)<br><br>Attorneys for Plaintiffs<br>INDIGENOUS ENVIRONMENTAL NETWORK<br>and NORTH COAST RIVERS ALLIANCE |

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2017, a copy of the foregoing **PLAINTIFFS' SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** was electronically served on all counsel of record via the Court's CM/ECF system.

s/ *Stephan C. Volker*
Attorneys for Plaintiffs
INDIGENOUS ENVIRONMENTAL NETWORK
and NORTH COAST RIVERS ALLIANCE
