Jeffery J. Oven
Mark L. Stermitz
Jeffrey M. Roth
CROWLEY FLECK PLLP
490 North 31st Street, Ste. 500
P.O. Box 2529
Billings, MT 59103-2529
Telephone: 406-252-3441
Email: joven@crowleyfleck.com
mstermitz@crowleyfleck.com
jroth@crowleyfleck.com
*Counsel for TransCanada Keystone Pipeline, LP and TransCanada Corporation*

Peter R. Steenland
Lauren C. Freeman
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: 202-736-8000
Email: psteenland@sidley.com
lfreeman@sidley.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVER ALLIANCE,

Plaintiff,

vs.

UNITED STATES DEPARTMENT OF STATE; THOMAS A. SHANNON, JR., in his Official Capacity as U.S. Under Secretary of State; UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency; JAMES W. KURTH, in his official Capacity as Acting Director of the U.S. Fish and Wildlife Service; and RYAN KEITH ZINKE, in his official Capacity as Secretary of the Interior,

Federal Defendants,

CV 17-29-GF-BMM

**SUPPLEMENTAL MOTION TO DISMISS BY TRANSCANADA KEYSTONE PIPELINE, LP AND TRANSCANADA CORPORATION**

and

TRANSCANADA KEYSTONE PIPELINE and TRANSCANADA CORPORATION,

Defendant-Intervenors.

TransCanada Keystone Pipeline, LP and TransCanada Corporation (collectively, "TransCanada"), Defendant-Intervenors, hereby move to dismiss the third claim presented in Plaintiffs'[1] First Amended Complaint for Declaratory and Injunctive Relief.[2] (ECF No. 61). Previously, TransCanada filed a motion to dismiss all claims presented in Plaintiffs' original complaint. (ECF Nos. 48, 49).

As set forth in TransCanada's accompanying Memorandum in Support, Plaintiffs' third claim for relief against Federal Defendants should be dismissed. This Administrative Procedure Act, 5 U.S.C. §§ 701-706, and Endangered Species Act claim, 16 U.S.C. §§ 1531 *et seq.*, against Federal Defendants should be dismissed pursuant to Rule 12(b)(1), because there is no waiver of sovereign immunity, and Rule 12(b)(6), for failure to state a claim.

[1] Indigenous Environmental Network and North Coast River Alliance (collectively, "Plaintiffs").

[2] Plaintiffs' First Amended Complaint was filed as an exhibit to its motion to file a First Amended Complaint on July 14, 2017. (ECF No. 61).

For the foregoing reasons and the grounds set forth in the accompanying memorandum as well as the motion and memorandum filed earlier (ECF Nos. 48, 49), TransCanada moves to dismiss Plaintiffs' claims in their entirety.

Pursuant to Local Rule 7.1(c)(1), counsel for TransCanada contacted counsel for the parties regarding the filing of this motion, and Plaintiffs oppose the motion.

Dated this 18th day of August, 2017.

CROWLEY FLECK PLLP

By /s/ Jeffery J. Oven
Jeffery J. Oven
Mark L. Stermitz
Jeffrey M. Roth
490 North 31st Street, Ste 500
P.O. Box 2529
Billings, MT 59103-2529

SIDLEY AUSTIN LLP

By /s/ Peter R. Steenland, Jr.
Peter R. Steenland, Jr.
Lauren C. Freeman
1501 K Street, N.W.
Washington, D.C. 20005
*Counsel for TransCanada Keystone Pipeline, LP and TransCanada Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served upon the following counsel of record, by the means designated below, this 18th day of August, 2017:

1 - 6 CM/ECF
______ Hand Delivered
______ Mail
______ Overnight Delivery Service
______ Fax
______ E-mail

1. Clerk of U.S. District Court

2. James A. Patten
Patten, Peterman, Bekkedahl & Green, PLLC
Suite 300, The Fratt Building
2817 Second Avenue North
Billings, MT 59101-2041
*Attorney for Indigenous Environmental Network and North Coast Rivers Alliance*

3. Stephan C. Volker
Alexis E. Krieg
Stephanie L. Clarke
Daniel P. Garrett-Steinman
James M.B. Volker
Law Office of Stephan C. Volker
950 Gilman Street, Suite 100
Berkeley California 94710-1462
*Attorney for Indigenous Environmental Network and North Coast Rivers Alliance*

4. Luther L. Hajek
U.S. DEPARTMENT OF JUSTICE - DENVER
South Terrace, Suite 370
999 18th Street
Denver, CO 80202

*Attorneys for US Department of State, Thomas A. Shannon, Jr., US Fish & Wildlife Service, James W. Kurth, and Ryan Zinke*

5. Bridget K. McNeil
U.S. Department of Justice
999 18th St.
Suite 370
Denver, CO 80202
*Attorneys for US Department of State, Thomas A. Shannon, Jr., US Fish & Wildlife Service, James W. Kurth, and Ryan Zinke*

6. Mark Steger Smith
U.S. ATTORNEY'S OFFICE - BILLINGS
2601 Second Avenue North
Suite 3200
Billings, MT 59101
*Attorneys for US Department of State, Thomas A. Shannon, Jr., US Fish & Wildlife Service, James W. Kurth, and Ryan Zinke*

By /s/ Jeffery J. Oven