# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVER ALLIANCE,<br><br>and<br><br>NORTHERN PLAINS RESOURCE COUNCIL, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>    Defendants<br><br>and<br><br>TRANSCANADA KEYSTONE PIPELINE and TRANSCANADA CORPORATION,<br><br>    Defendant-Intervenors. | **CV-17-29-GF-BMM**<br><br>**CV-17-31-GF-BMM**<br><br><br><br>**ORDER** |

The Court ordered that each party file a statement of position for the Court's review regarding the consolidation of *Indigenous Environmental Network, et al v. United States Department of State, et al* (4:17-cv-00029-BMM) and *Northern Plains Resource Council, et al v. Shannon, et al* (4:17-cv-00031-BMM) on August

1

29, 2017. The Court has reviewed the parties' statements of position and hereby enters the following order:

1. *Northern Plains Resource Council et al v. Shannon et al*, No. CV 17-31 (D. Mont., filed March 30, 2017) is hereby consolidated with this action, No. CV 17-29-BMM (D. Mont., filed March 27, 2017), for the limited purposes of briefing and scheduling, with this action designated as the lead case.

2. Plaintiffs in CV 17-29-BMM and Plaintiffs in CV 17-31-BMM will each retain the right to file separate briefs and will be permitted separate time for argument at any hearings. Likewise, Federal Defendants and Defendant-Intervenors will each be permitted to file separate briefs and will be permitted separate time for arguments.

3. A separate judgment will be entered in each suit.

   DATED this 4th day of October, 2017.

Brian Morris
United States District Court Judge