# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVER ALLIANCE, | **CV-17-29-GF-BMM** |
| and | **CV-17-31-GF-BMM** |
| NORTHERN PLAINS RESOURCE COUNCIL, et al., | |
| Plaintiffs, | **SCHEDULING ORDER** |
| vs. | |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendants | |
| and | |
| TRANSCANADA KEYSTONE PIPELINE and TRANSCANADA CORPORATION, | |
| Defendant-Intervenors. | |

The Court held a preliminary pretrial conference on this matter on October 11, 2017, at the Missouri River Federal Courthouse in Great Falls. Plaintiffs Indigenous Environmental Network and North Coast River Alliance were represented by Andy Patten, Stephan Volker, Jamey Volker, and Stephanie Clarke. Plaintiffs Northern Plains Resource Council, Bold Alliance, Center for Biological Diversity, Friends of the Earth, Natural Resources Defense Council, and Sierra Club were represented by Douglas Hayes, Jared Margolis, Cecilia Segal, Amy Atwood, and Timothy Bechtold. TransCanada was represented by Jeffery Oven, Lauren Freeman, and Peter Steenland. Federal Defendants were represented by Luther Hajek, Bridget McNeil, and Theodore Kill.

The Court enters the following scheduling order:

| | |
|---|---|
| Administrative Record | November 10, 2017 |
| Administrative Record with the Court | December 8, 2017 |
| Expert Disclosures with Reports | December 29, 2017 |
| Rebuttal Expert Disclosures with Reports | January 12, 2018 |
| Plaintiffs' Motions for Summary Judgment | January 26, 2018 |
| Fed Defs' cross-MSJ and Response | March 16, 2018 |
| Def-Int's cross-MSJ and Response | March 23, 2018 |
| Plaintiffs' Opposition and Reply to MSJ | April 20, 2018 |

| Fed Def's Reply to MSJ | May 4, 2018 |
| --- | --- |
| Def-Int's Reply to MSJ | May 4, 2018 |
| Hearing regarding all Summary Judgment claims | May 23, 2018 at 1:30pm at Missouri River Courthouse |

DATED this 16th day of October, 2017.

_____
Brian Morris
United States District Court Judge