UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVER ALLIANCE,<br><br>      Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF STATE; THOMAS A. SHANNON, JR., in his Official Capacity as U.S. Under Secretary of State; UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency; JAMES W. KURTH, in his official Capacity as Acting Director of the U.S. Fish and Wildlife Service; and RYAN KEITH ZINKE, in his official Capacity as Secretary of the Interior,<br>      Federal Defendants,<br><br>and<br><br>TRANSCANADA KEYSTONE PIPELINE and TRANSCANADA CORPORATION,<br><br>      Defendants-Intervenors. | **CV-17-29-GF-BMM**<br><br>**CV-17-31-GF-BMM**<br><br><br>**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER** |

    The parties have jointly moved to modify the scheduling order deadlines.

The Court finds good cause for the motion.

1

Accordingly, IT IS HEREBY ORDERED that the joint motion is GRANTED. The parties' deadlines are as follows:

| Expert Disclosures with Reports | December 29, 2017 |
| --- | --- |
| Rebuttal Expert Disclosures with Reports | January 26, 2018 |
| Plaintiffs' Motions for Summary Judgment | February 9, 2018 |
| Fed Defs' cross-MSJ and Response | March 30, 2018 |
| Def-Int's cross-MSJ and Response | March 30, 2018 |
| Plaintiffs' Opposition and Reply to MSJ | April 27, 2018 |
| Fed Def's Reply to MSJ | May 11, 2018 |
| Def-Int's Reply to MSJ | May 11, 2018 |
| Hearing regarding all Summary Judgment claims | May 24, 2018 at 10:00 am at Missouri River Courthouse |

Dated this 16th day of November, 2017.

_____
Brian M. Morris
United States District Court Judge