IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK, *et al.*, <br><br> and <br><br> NORTHERN PLAINS RESOURCE COUNCIL, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.,* <br><br> Federal Defendants, <br> and <br><br> TRANSCANADA CORPORATION, *et al.*, <br><br> Intervenor-Defendants. | CV 17-29-GF-BMM <br> CV 17-31-GF-BMM <br><br> **ORDER GRANTING UNOPPOSED MOTION ALLOWING FEDERAL DEFENDANTS TO FILE A COMBINED REPLY IN SUPPORT OF MOTION TO LIMIT JUDICIAL REVIEW TO THE ADMINISTRATIVE RECORDS (ECF 91)** |

Federal Defendants file an unopposed motion for permission to file one combined reply brief, in support of their Motion to Limit Judicial Review of All Claims to the Administrative Records (ECF 91), that does not exceed 6,500 words. For good cause, the motion is GRANTED.

Dated this 5th day of December, 2017,


_____
Brian Morris
United States District Court Judge