# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> Federal Defendants. <br><br> and <br><br> TRANSCANADA KEYSTONE PIPELINE and TRANSCANADA CORPORATION, <br><br> Defendant-Intervenors. | CV-17-29-GF-BMM <br> CV-17-31-GF-BMM <br><br> **ORDER** |

Defendant-Intervenors have moved for an order allowing Peter C. Whitfield to appear *pro hac vice* in this case with Jeffrey J. Oven of Crowley Fleck PLLP designated as local counsel. The application of Mr. Whitfield appears to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Defendant-Intervenors' motion to allow Mr. Whitfiend to appear on their behalf (Doc. 113 in CV-17-31-GF-BMM and Doc. 121 in CV-17-29-GF-BMM ) is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Whitfield must each do his own work. He must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal only to Mr. Whitfield.

6. Mr. Whitfield shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 8th day of January, 2018.

_____
Brian Morris
United States District Court Judge