**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVER ALLIANCE, | |
| and | CV 17-29-GF-BMM |
| NORTHERN PLAINS RESOURCE COUNCIL, et al., | CV 17-31-GF-BMM |
| Plaintiffs, | **Order Regarding Word Limits, Separate Statements of Facts, and Joint Appendix** |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendants, | |
| TRANSCANADA KEYSTONE PIPELINE and TRANSCANADA CORPORATION, | |
| Defendant-Intervenors. | |

The parties in these consolidated cases have jointly moved to expand the word limits for the motions for summary judgment and to file a joint appendix rather than separate statements of facts. For the reasons stated in the motion, and for good cause, it is hereby ordered that:

<u>Word Limits</u>

The parties' summary judgment briefs shall have the following word limits:

- IEN Plaintiffs' and Northern Plains Plaintiffs' motions for summary judgment: 14,000 words each

- Federal Government's and TransCanada's oppositions/cross-motions: 14,000 words each

- IEN Plaintiffs' and Northern Plains Plaintiffs' oppositions/replies: 14,000 words each

- Federal Government's and TransCanada's replies: 7,000 words each

Separate Statements of Facts and Joint Appendix

The parties need not file the separate statements of facts required by Local Rule 56.1. The parties shall instead file a joint appendix of the citations to the administrative record within three business days of the last summary judgment reply brief.

DATED this 16th day of January, 2018.


_____
Brian Morris
United States District Court Judge