IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVER ALLIANCE, <br><br>    and <br><br>NORTHERN PLAINS RESOURCE COUNCIL, et al., <br><br>        Plaintiffs, <br><br>    vs. <br><br>UNITED STATES DEPARTMENT OF STATE, et al., <br><br>        Defendants <br><br>    and <br><br>TRANSCANADA KEYSTONE PIPELINE and TRANSCANADA CORPORATION, <br><br>        Defendant-Intervenors. | CV-17-29-GF-BMM <br><br> CV-17-31-GF-BMM <br><br><br> ORDER |

**IT IS HEREBY ORDERED** that the undersigned will conduct a hearing on

Northern Plains Plaintiffs' Motion to Complete the Administrative Records and

1

Lift the Confidentiality Designation for Certain Files (Doc. 125) on **February 21, 2018 at 1:30 p.m.** at the Missouri River Courthouse, Great Falls, Montana.

DATED this 24th day of January, 2018.

Brian Morris
United States District Court Judge