IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVER ALLIANCE,<br><br>and<br><br>NORTHERN PLAINS RESOURCE COUNCIL, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>    Defendants<br><br>and<br><br>TRANSCANADA KEYSTONE PIPELINE and TRANSCANADA CORPORATION,<br><br>    Defendant-Intervenors. | CV-17-29-GF-BMM<br><br>CV-17-31-GF-BMM<br><br><br><br>ORDER |

The Court has reviewed Mr. Wesley Furlong's letter from January 5, 2018. (Doc. 127.) Mr. Furlong requests a copy of the Administrative Record in the above-entitled matter.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Clerk shall copy the flash drives containing the Administrative Record. (Doc. 112.)

2. Mr. Furlong shall pay all appropriate costs.

3. The Clerk shall mail the flash drives to:

Wesley James Furlong
Native American Rights Fund
745 W. 4th Ave., Suite 502
Anchorage, AK 99501

DATED this 30th day of January, 2018.

Brian Morris
United States District Court Judge