

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Denver Field Office*
*999 18th Street*
*South Terrace, Suite 370*
*Denver, CO 80202*

*Telephone (303) 844-1376*
*Facsimile (303) 844-1350*

March 21, 2018

*Via Federal Express*

Clerk of Court
United States District Court
District of Montana, Great Falls Division
Missouri River Federal Courthouse
125 Central Avenue West
Great Falls, MT 59404
Tel: (406) 727-1922

    Re:    *Indigenous Envtl. Network v. U.S. Dep't of State, et al.*, No. 4:17-cv-29-BMM
            *Northern Plains Resource Council v. Shannon, et al.*, No. 4:17-cv-31-BMM

Dear Sir or Madam,

    Enclosed for manual filing is a DVD containing the Second Supplement to the Administrative Record for the U.S. Department of State. We have included a second DVD as a courtesy copy of the Second Supplement for the chambers of the Honorable Brian Morris.

    Thank you for your assistance with this filing. Please contact me with any questions.

                          Sincerely,

                          */s/ Luther L. Hajek*
                        Luther L. Hajek
                        Tel: (303) 844-1376

Enclosure