Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net
*Attorney for Plaintiffs*
(additional counsel listed on signature pages)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVER ALLIANCE,<br><br>and<br><br>NORTHERN PLAINS RESOURCE COUNCIL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>    Defendants,<br><br>TRANSCANADA KEYSTONE PIPELINE and TRANSCANADA CORPORATION,<br><br>    Defendant-Intervenors. | CV 17-29-GF-BMM<br><br>CV 17-31-GF-BMM<br><br>**Request to Strike Federal Defendants' Response to Northern Plains Plaintiffs' Notice of Supplemental Authority** |

Plaintiffs Northern Plains Resource Council, *et. al*. ("Northern Plains Plaintiffs") hereby request the Court to strike Federal Defendants' Response to Northern Plains Plaintiffs' Notice of Supplemental Authority ("Federal Defendants' Response") (ECF No. 197) for failure to follow the applicable local rules of procedure.

Local Rule 7.4 allows parties to submit notice advising the court of pertinent supplemental authority, but states: "No response may be filed unless the presiding judge so authorizes." Federal Defendants have not sought authorization from the Court, thus no response is permitted. Furthermore, Federal Defendants' Response exceeds the two-page limit imposed by Local Rule 7.4.

As such, Plaintiffs respectfully request that the court strike Federal Defendants' Response.

Respectfully submitted this 9th day of August, 2018.

>/s/ Doug Hayes
>Doug Hayes (*pro hac vice*)
>/s/ Eric Huber
>Eric Huber (*pro hac vice*)
>Sierra Club Environmental Law Program
>1650 38th Street, Suite 102W
>Boulder, CO 80301
>(303) 449-5595
>doug.hayes@sierraclub.org
>eric.huber@sierraclub.org
>*Attorneys for Sierra Club and Northern Plains Resource Council*

1

/s/ Jaclyn H. Prange
Jaclyn H. Prange (*pro hac vice*)
/s/ Cecilia Segal
Cecilia Segal (*pro hac vice*)
Natural Resources Defense Council
111 Sutter Street, Floor 21
San Francisco, CA 94104
(415) 875-6100
jprange@nrdc.org
csegal@nrdc.org
*Attorneys for Bold Alliance and Natural Resources Defense Council*

/s/ Jared Margolis
Jared Margolis (*pro hac vice*)
/s/ Amy Atwood
Amy R. Atwood (*pro hac vice*)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
(971) 717-6401
jmargolis@biologicaldiversity.org
atwood@biologicaldiversity.org
*Attorneys for Center for Biological Diversity and Friends of the Earth*

/s/ Timothy M. Bechtold
Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net
*Attorney for all Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I served the foregoing brief on all counsel of record via the Court's CM/ECF system.

/s/ Doug Hayes