# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVER ALLIANCE, <br><br> and <br><br> NORTHERN PLAINS RESOURCE COUNCIL, et al., <br><br>    Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br>    Defendants <br><br> and <br><br> TRANSCANADA KEYSTONE PIPELINE and TRANSCANADA CORPORATION, <br><br>    Defendant-Intervenors. | CV-17-29-GF-BMM <br><br> CV-17-31-GF-BMM <br><br><br> O<small>RDER</small> |

The Court conducted a telephonic status conference on September 25, 2018.

Plaintiffs were represented by Stephan C. Volker, Esq.; Timothy M. Bechtold,

Esq.; Douglas P. Hayes, Esq.; Jaclyn H. Prange, Esq.; Jared M. Margolis, Esq.; and

James A. Patten Esq. Defendants were represented by Luther L. Hajek, Esq.;

1

Bridget K. McNeil, Esq.; Mark S. Smith, Esq.; Peter C. Whitfield, Esq.; Jeffrey M. Roth, Esq.; and Lauren C. Freeman, Esq.

The Parties and the Court agreed on the following: Defendants shall adhere to the dates put forth in the Proposed Schedule (Doc. 211) for completing the Supplemental Environmental Impact Statement ("SEIS"). The SEIS shall be limited to the Mainline Alternative Route pursuant to this Court's Order on Partial Summary Judgment. (Doc. 210.)

The 45-day public comment period on Defendants's Draft SEIS opened on September 24, 2018. The proposed comment period will close on November 8, 2018. Defendants shall respond to the provided comments, as required by law. The Proposed Schedule may be subject to change based on the volume and complexity of comments received from the public. Defendants shall provide the Court and parties with any updates on further construction changes and developments.

The Court will set a status conference within ten days of the Court's order on the remaining motions for summary judgment.

DATED this 27th day of September, 2018.

Brian Morris
United States District Court Judge