UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVER ALLIANCE,<br><br>   and<br><br>NORTHERN PLAINS RESOURCE COUNCIL, et al.,<br><br>             Plaintiffs,<br><br>   vs.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>             Defendants<br><br>   and<br><br>TRANSCANADA KEYSTONE PIPELINE and TRANSCANADA CORPORATION,<br><br>             Defendant-Intervenors. | Case No. CV 17-29-GF-BMM<br>         CV 17-31-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X   Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED;

Judgment is hereby entered in accordance with the Court's November 15, 2018, and November 8, 2018, Orders, Documents 218 & 219, respectively.

Dated this 15th day of November, 2018.

                              TYLER P. GILMAN, CLERK

                              By: /s/ Traci Orthman
                              Traci Orthman, Deputy Clerk