IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVER ALLIANCE,<br><br>and<br><br>NORTHERN PLAINS RESOURCE COUNCIL, et al.,<br><br>      Plaintiffs,<br><br>  vs.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>      Defendants<br><br>  and<br><br>TRANSCANADA KEYSTONE PIPELINE and TRANSCANADA CORPORATION,<br><br>      Defendant-Intervenors. | CV-17-29-GF-BMM<br><br>CV-17-31-GF-BMM<br><br><br><br>O<small>RDER</small> |

Upon Defendant-Intervenors' Request for Telephonic Status Conference, Doc. 223, and with good cause shown, **IT IS HEREBY ORDERED** that the undersigned will conduct a telephonic status conference on **Wednesday, November 28, 2018 at 1:30 p.m.** The Court will contact the parties with the call-in number.

1

DATED this 20th day of November, 2018.

*[signature: Brian Morris]*

Brian Morris
United States District Court Judge