IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVER ALLIANCE, and <br><br> NORTHERN PLAINS RESOURCE COUNCIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br> Defendants, <br> TRANSCANADA KEYSTONE PIPELINE and TRANSCANADA CORPORATION, <br><br> Defendant-Intervenors. | CV 17-29-GF-BMM <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR MOTION FOR FEES AND COSTS** |

Plaintiffs have filed an Unopposed Motion to Extend Deadline for Motion for Attorney Fees and Costs.  Doc. 225.

**GOOD CAUSE APPEARING** from Plaintiffs' Motion, the Court hereby **GRANTS** the Motion.

Plaintiffs shall file their Motion for Attorneys' Fees and Costs within 30 days following the deadline for noticing an appeal or, if an appeal is noticed, within 30 days following the filing of remittitur in this Court.

1

**IT IS SO ORDERED.**

Dated:   November, 20, 2018

_Brian Morris_
Brian Morris
United States District Court Judge