MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Ph: (406) 247-4667; Fax: (406) 657-6058
mark.smith3@usdoj.gov

JEAN E. WILLIAMS, Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
SETH M. BARSKY, Section Chief
BRIDGET KENNEDY McNEIL (CO Bar 34299)
Wildlife and Marine Resources Section
LUTHER L. HAJEK (CO Bar 44303)
Natural Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1484, (303) 844-1376; Fax: (303) 844-1350
bridget.mcneil@usdoj.gov
luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK, *et al.*, <br><br> and <br><br> NORTHERN PLAINS RESOURCE COUNCIL, *et al.*, <br><br>          Plaintiffs, <br> v. | CV 17-29-GF-BMM <br> CV 17-31-GF-BMM <br><br> Consolidated <br><br> **DEFENDANTS' RESPONSE TO DEFENDANT-INTERVENORS' MOTION TO AMEND THE COURT'S ORDER ON SUMMARY JUDGMENT** |

| | |
|---|---|
| UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>          Defendants,<br>and<br><br>TRANSCANADA CORPORATION, *et al.*,<br><br>          Defendant-Intervenors. | |

Federal Defendants hereby respond to Defendant-Intervenors' Motion to Amend the Court's Order on Summary Judgment (ECF No. 221).  Federal Defendants support the arguments made in Defendant-Intervenors TransCanada Corp. *et al.'s* motion and agree that the Court's permanent injunction, as specifically phrased by the Court in the summary judgment order, was overly broad because the plain text of that order would appear to prohibit *all* pre-construction and planning activities related to the Keystone XL Pipeline.  For the reasons discussed in TransCanada's motion, the order should be amended to allow TransCanada to conduct preconstruction activities related to the Keystone XL Pipeline which do not require the government's approval.[1]

---

[1] TransCanada's motion does not request reconsideration of the decision to vacate the record of decision, but expressly reserves the right to seek a stay of the Court's order should they seek to appeal.  *See* Def.-Ints.' Mem. in Supp. of Mot. to Amend the Court's Order on Summ. J. ("TC Mem.") at 2 n.1 (ECF No. 222).  Federal Defendants likewise address only the Court's permanent injunction in this response and reserve the right to seek a stay of the Court's vacatur at a later date.  Federal

As discussed at the status conference on November 28, 2018, Federal Defendants are concerned that the Court's order could be construed as precluding federal government agencies from considering applications relating to the Keystone XL Pipeline, as well as conducting environmental reviews relating to those applications. Federal Defendants understand, based on the Court's statements at the status conference, that the Court's order does not enjoin the consideration of applications relating to Keystone XL, including the preparation of any environmental analyses and potential decision documents relating to those applications.

For example, the Court's order instructs the U.S. Department of State ("State Department"), in conjunction with other federal agencies, to prepare an additional National Environmental Policy Act ("NEPA") analysis to address the issue identified in the Court's order and also to work on a revised national interest determination to address the Court's ruling on the Administrative Procedure Act claim. The Court also directed the State Department to further consult with the U.S. Fish and Wildlife Service regarding potential adverse impacts to endangered species from the Keystone XL Pipeline, including addressing updated information on oil spills and route changes in Nebraska. Based on the Court's statements at the

---

Defendants also expressly reserve and do not waive other appellate remedies that may be available.

hearing and the Court's minute entry (ECF No. 227), Federal Defendants understand that all such activities are not subject to the Court's injunction.[2]

An issue remains, however, with respect to cultural, biological, and other surveys that a federal agency or TransCanada may conduct in conjunction with environmental reviews relating to the Keystone XL Pipeline. The Court has deferred a ruling regarding the "field activities" referenced in paragraph 18 of the Declaration of Norrie Ramsay (ECF No. 222-1). Those activities include "cultural, biological, civil and other surveys." *Id.* ¶ 18. The Court's summary judgment order instructs the State Department to supplement the NEPA analysis of cultural resources, which may involve additional survey work. *See* November 8, 2018 Order at 27 (ECF No. 218). Similarly, addressing the ESA issues found by the Court may involve additional wildlife surveys. *See id.* at 44. Cultural and wildlife surveys, and potentially other types of surveys, also may be conducted to complete environmental analyses in conjunction with permit applications relating to the Keystone XL Pipeline.

Accordingly, Federal Defendants respectfully request that the Court clarify

---

[2] Similarly, Federal Defendants understand that the Court's order does not restrict other agencies' ability to evaluate and conduct environmental reviews in relation to applications pending before them that relate to the Keystone XL Pipeline, such as the Clean Water Act permits pending before the U.S. Army Corps of Engineers (which is not a defendant in this case) and the right-of-way application pending before the Bureau of Land Management. *See* TC Mem. at 4-5 (ECF No. 222).

that its summary judgment order does not preclude federal agencies or TransCanada from conducting environmental reviews relating to the Keystone XL Pipeline, including related cultural, biological, and other surveys.

    Respectfully submitted this 29th day of November, 2018,

        JEAN E. WILLIAMS
        Deputy Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Division

        SETH M. BARSKY, Section Chief

        */s/ Bridget K. McNeil*_____
        BRIDGET KENNEDY McNEIL (CO Bar 34299)
        Senior Trial Attorney
        Wildlife and Marine Resources Section
        999 18th St., South Terrace, Suite 370
        Denver, CO 80202
        Ph: (303) 844-1484; Fax: (303) 844-1350
        bridget.mcneil@usdoj.gov

        */s/ Luther L. Hajek*_____
        LUTHER L. HAJEK (CO Bar 44303)
        Trial Attorney
        Natural Resources Section
        999 18th Street, South Terrace, Suite 370
        Denver, CO 80202
        Ph: (303) 844-1376; Fax: (303) 844-1350
        luke.hajek@usdoj.gov

        *Attorneys for Federal Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2018, a copy of the foregoing Defendants' Response to Defendant-Intervenors' Motion to Amend the Court's Order on Summary Judgment was served on all counsel of record via the Court's CM/ECF system.

>  */s/ Luther L. Hajek*
>  LUTHER L. HAJEK
>  U.S. Department of Justice