**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVER ALLIANCE, <br><br>     and <br><br> NORTHERN PLAINS RESOURCE COUNCIL, et al., <br><br>         Plaintiffs, <br><br>     vs. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br>         Defendants <br><br>     and <br><br> TRANSCANADA KEYSTONE PIPELINE and TRANSCANADA CORPORATION, <br><br>         Defendant-Intervenors. | **CV-17-29-GF-BMM** <br><br> **CV-17-31-GF-BMM** <br><br><br> **ORDER** |

**IT IS HEREBY ORDERED** that the Hearing on Defendant-Intervenors' Motion to Stay, set for January 10, 2019, is VACATED and RESET for Monday, January 14, 2019 at 1:30 p.m. before the undersigned.

DATED this 27th day of December, 2018.

_____
Brian Morris
United States District Court Judge