| | |
|---|---|
| Jeffery J. Oven | Peter R. Steenland |
| Mark L. Stermitz | Peter R. Whitfield |
| Jeffrey M. Roth | Lauren C. Freeman |
| CROWLEY FLECK PLLP | SIDLEY AUSTIN LLP |
| 490 North 31st Street, Ste. 500 | 1501 K Street, NW |
| Billings, MT  59103-2529 | Washington, DC  20005 |
| Telephone: 406-252-3441 | Telephone: 202-736-8000 |
| Email: joven@crowleyfleck.com | Email: psteenland@sidley.com |
| mstermitz@crowleyfleck.com | pwhitfield@sidley.com |
| jroth@crowleyfleck.com | lfreeman@sidley.com |

*Counsel for TransCanada Keystone Pipeline, LP and TransCanada Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK, *et al.*, <br><br> and <br><br> NORTHERN PLAINS RESOURCE COUNCIL, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br>   Federal Defendants, <br><br> and <br><br> TRANSCANADA CORPORATION, *et al.*, <br><br>   Defendant-Intervenors. | CV-17-29-GF-BMM <br><br> **TRANSCANADA'S STATEMENT REGARDING THE IMPACT OF THE GOVERNMENT SHUTDOWN ON HEARING** |

1

TransCanada respectfully submits this statement of its views regarding the extraordinary circumstances involving the current shutdown of certain federal government functions and the hearing scheduled for January 14, 2019 on TransCanada's Motion to Stay. TransCanada recognizes that this shutdown condition may persist to and beyond January 14, 2019, thereby precluding attorneys from the Department of Justice from participating in this matter. Assuming the United States Court for the District of Montana has sufficient funds to adjudicate TransCanada's pending motion, the company believes that the potential absence of the federal government at the hearing does not provide cause to delay the matter. The Court's injunction largely concerns TransCanada; the injuries suffered are largely those of the company. Therefore, although TransCanada would welcome the participation of the Department of Justice on January 14, 2019, their presence is not essential, and this hearing should go forward as scheduled.

DATED this 4th day of January 2019.

        CROWLEY FLECK PLLP

        /s/ Jeffery J. Oven
        Jeffery J. Oven
        Mark L. Stermitz
        Jeffrey M. Roth
        490 North 31st Street, Ste 500
        P.O. Box 2529
        Billings, MT 59103-2529
        Email: joven@crowleyfleck.com

                    mstermitz@crowleyfleck.com
                    jroth@crowleyfleck.com

SIDLEY AUSTIN LLP

<u>/s/ Peter R. Steenland, Jr</u>
Peter R. Steenland, Jr.
Peter C. Whitfield
Lauren C. Freeman
1501 K Street, N.W.
Washington, D.C. 20005
Email: psteenland@sidley.com
        pwhitfield@sidley.com
        lfreeman@sidley.com

*Counsel for TransCanada Keystone Pipeline, LP and TransCanada Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4th, 2019 the foregoing document was served on all counsel of record via the Court's CM/ECF system.

/s/  Jeffery J. Oven