| | |
|---|---|
| Jeffery J. Oven | Peter R. Steenland |
| Mark L. Stermitz | Peter R. Whitfield |
| Jeffrey M. Roth | Lauren C. Freeman |
| CROWLEY FLECK PLLP | SIDLEY AUSTIN LLP |
| 490 North 31st Street, Ste. 500 | 1501 K Street, NW |
| Billings, MT  59103-2529 | Washington, DC  20005 |
| Telephone: 406-252-3441 | Telephone: 202-736-8000 |
| Email: joven@crowleyfleck.com | Email: psteenland@sidley.com |
| mstermitz@crowleyfleck.com | pwhitfield@sidley.com |
| jroth@crowleyfleck.com | lfreeman@sidley.com |

*Counsel for TransCanada Keystone Pipeline, LP and TransCanada Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVSION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK, *et al.*,<br><br>and<br><br>NORTHERN PLAINS RESOURCE COUNCIL, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>Federal Defendants,<br>and<br><br>TRANSCANADA CORPORATION, *et al.*,<br><br>Defendant-Intervenors. | CV 17-29-GF-BMM<br><br>**DEFENDANT-INTERVENORS' STATUS UPDATE** |

Defendant-Intervenors TransCanada Keystone Pipeline, LP and TransCanada Corporation (collectively, TransCanada) respectfully submit this status update as part of TransCanada's continuing effort to keep the Court and the parties to this case apprised of TransCanada's activities regarding the Keystone XL Pipeline Project (Project).  This status update supplements the previous updates that TransCanada provided this Court during the May 24, 2018 hearing on summary judgment,[1] in the August 7, 2018 status update,[2] in TransCanada's statement regarding the schedule for additional review under the National Environmental Policy Act (NEPA),[3] during the September 25, 2018 telephonic status conference,[4] during the November 28, 2018 telephonic hearing,[5] and in the previously filed declaration of Norrie Ramsay.[6]  The attached supplemental declaration of Norrie Ramsay provides the Court the most recent status of the Project.

---

[1] *See* Transcript of Hearing on Motions 136:21 – 137:20 (May 24, 2018).

[2] *See* Notice of Status Update (Doc. 204).

[3] *See* Defendant-Intervenors Reply to Northern Plains Plaintiffs' Response to the Proposed Schedule for Completing a Supplemental EIS (Doc. 214).

[4] *See* Minute Entry on September 25, 2018 (Doc. 216).

[5] *See* Transcript of Telephonic Status Conference 10:4 – 14:9 (Nov. 28, 2018).

[6] *See* Declaration of Norrie Ramsay (Doc. 222-1).

Respectfully submitted this 7th day of January, 2019,

/s/ *Jeffery Oven*
Jeffery J. Oven
Mark L. Stermitz
Jeffrey M. Roth
CROWLEY FLECK PLLP
490 North 31st Street, Ste. 500
P.O. Box 2529
Billings, MT 59103-2529
Telephone: 406-252-3441
Email: joven@crowleyfleck.com
mstermitz@crowleyfleck.com
jroth@crowleyfleck.com

/s/ *Peter Steenland*
Peter R. Steenland
Peter C. Whitfield
Lauren C. Freeman
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: 202-736-8000
Email: psteenland@sidley.com
pwhitfield@sidley.com
lfreeman@sidley.com

*Counsel for TransCanada Keystone Pipeline, LP and TransCanada Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2019, a copy of the foregoing motion was served on all counsel of record via the Court's CM/ECF system.

*/s/ Jeffery Oven*