JAMES A. PATTEN
PATTEN, PETERMAN,
BEKKEDAHL & GREEN,
    PLLC
Suite 300, The Fratt Building
2817 Second Avenue North
Billings, MT 59101-2041
Telephone:  (406) 252-8500
Facsimile:  (406) 294-9500
email:  apatten@ppbglaw.com

STEPHAN C. VOLKER
ALEXIS E. KRIEG
STEPHANIE L. CLARKE
JAMEY M.B. VOLKER
LAW OFFICES OF STEPHAN C. VOLKER
1633 University Avenue
Berkeley, California 94703-1424
Telephone:  (510) 496-0600
Facsimile:  (510) 845-1255
email:  svolker@volkerlaw.com
         akrieg@volkerlaw.com
         sclarke@volkerlaw.com
         jvolker@volkerlaw.com

Attorneys for Plaintiffs
INDIGENOUS ENVIRONMENTAL
NETWORK and NORTH COAST
RIVERS ALLIANCE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVER ALLIANCE,<br><br>            and<br><br>NORTHERN PLAINS RESOURCE COUNCIL, et al.,<br><br>            Plaintiffs,<br><br>                v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>            Defendants, | CV 17-29-GF-BMM<br>CV 17-31-GF-BMM<br><br>**OBJECTION OF IEN PLAINTIFFS TO TRANSCANADA'S UNTIMELY "STATUS UPDATE" AND DECLARATION**<br><br>Hearing:   January 14, 2018<br>Time:      1:30 p.m.<br>Judge:     Honorable Brian Morris |

1

TRANSCANADA KEYSTONE PIPELINE          )
and TRANSCANADA CORPORATION,           )
                                        )
                                        )
          Defendant-Intervenors.         )
_____  )

      Plaintiffs Indigenous Environmental Network and North Coast Rivers Alliance (collectively, "IEN Plaintiffs") respectfully object to Defendant-Intervenors TransCanada Keystone Pipeline, LP, et al's (collectively, "TransCanada's) Status Update and its accompanying Declaration of Norrie Ramsay filed January 7, 2019.

      The basis for the objection is simple.  Mr. Ramsay's Declaration is expressly intended to "supplement[] [his] declaration of November 15, 2018, in which [he] identified various harms that will flow from [this Court's] injunction" and *thereby bolster TransCanada's motion to stay this Court's injunction* ("Stay Motion").  Ramsay Dec. ¶ 3.  As such, it is untimely.

      Local Civil Rule 7.1(d)(1)(A) directs that "[a] motion, if opposed, must be accompanied by a brief in support *filed at the same time as the motion* . . . . Failure to timely file a brief will result in *denial of the motion* . . . ."  (*Id.*, emphasis added.)  TransCanada failed to file and serve Mr. Ramsay's Declaration on December 21, 2018 when it filed its Stay Motion.

2

In the meantime, in reliance on the TransCanada's presumed compliance with the requirements of Rule 7.1(d)(1)(A), and as required by Rule 7.1(d)(1)(B)(ii), the IEN Plaintiffs already filed their response to TransCanada's Stay Motion last Friday, January 4, 2019, "14 days after the motion was filed."

Consequently, TransCanada's untimely filing of Mr. Ramsay's Declaration has the effect of foreclosing the IEN Plaintiffs from responding to his Declaration, let alone affording the IEN Plaintiffs the 14 days for response to which they are entitled under Rule 7.1(d)(1)(B)(ii).

Accordingly, the IEN Plaintiffs object to TransCanada's untimely submission of its "Status Update" and its supporting Declaration of Norrie Ramsay. This Court should disregard those two documents in ruling on TransCanada's Stay Motion because their untimely submission is highly prejudicial to the IEN Plaintiffs.

Dated:   January 8, 2019         Respectfully submitted,

                                 LAW OFFICES OF STEPHAN C. VOLKER

                                 s/ *Stephan C. Volker*
                                 STEPHAN C. VOLKER
                                 Of Counsel for IEN Plaintiffs

///
///
///

PATTEN, PETERMAN, BEKKEDAHL, & GREEN, PLLC

s/ *James A. Patten*
JAMES A. PATTEN

Attorneys for Plaintiffs
INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2019, a copy of the foregoing OBJECTION OF IEN PLAINTIFFS TO TRANSCANADA'S UNTIMELY "STATUS UPDATE" AND DECLARATION was electronically served on all counsel of record via the Court's CM/ECF system.

                              s/ *Stephan C. Volker*
                              Attorneys for Plaintiffs
                              INDIGENOUS ENVIRONMENTAL NETWORK
                              and NORTH COAST RIVERS ALLIANCE