JAMES A. PATTEN
PATTEN, PETERMAN,
BEKKEDAHL & GREEN,
        PLLC
Suite 300, The Fratt Building
2817 Second Avenue North
Billings, MT 59101-2041
Telephone:  (406) 252-8500
Facsimile:  (406) 294-9500
email:  apatten@ppbglaw.com

STEPHAN C. VOLKER
ALEXIS E. KRIEG
STEPHANIE L. CLARKE
JAMEY M.B. VOLKER
LAW OFFICES OF STEPHAN C. VOLKER
1633 University Avenue
Berkeley, California 94703-1424
Telephone:  (510) 496-0600
Facsimile:  (510) 845-1255
email:  svolker@volkerlaw.com
        akrieg@volkerlaw.com
        sclarke@volkerlaw.com
        jvolker@volkerlaw.com

Attorneys for Plaintiffs
INDIGENOUS
ENVIRONMENTAL
NETWORK and NORTH
COAST RIVERS ALLIANCE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE, and<br><br>NORTHERN PLAINS RESOURCE COUNCIL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>Defendants, | CV 17-29-GF-BMM<br>CV 17-31-GF-BMM<br><br>**PLAINTIFFS INDIGENOUS ENVIRONMENTAL NETWORK'S and NORTH COAST RIVERS ALLIANCE'S NOTICE OF APPEAL TO COURT OF APPEALS FOR THE NINTH CIRCUIT** |

1

TRANSCANADA KEYSTONE PIPELINE and )
TRANSCANADA CORPORATION, )
                                       )
            Defendant-Intervenors. )
_____ )

       PLEASE TAKE NOTICE that plaintiffs INDIGENOUS

ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE

hereby appeal to the United States Court of Appeals for the Ninth Circuit, pursuant

to 28 U.S.C. section 1291 and Rule 3(a), Federal Rules of Appellate Procedure,

from the District Court's Judgment in a Civil Case filed November 15, 2018.

       The parties to the Judgment appealed from and the names, addresses and

telephone numbers of their respective attorneys are as follows:

      1.    Counsel for Plaintiffs and Appellants INDIGENOUS
           ENVIRONMENTAL NETWORK and NORTH COAST RIVERS
           ALLIANCE

           Stephan C. Volker
           Alexis E. Krieg
           Stephanie L. Clarke
           Jamey M.B. Volker
           Law Offices of Stephan C. Volker
           1633 University Avenue
           Berkeley, California 94703
           Tel: (510) 496-0600
           Fax: (510) 845-1255
           email: svolker@volkerlaw.com
                 akrieg@volkerlaw.com
                 sclarke@volkerlaw.com
                 jvolker@volkerlaw.com

James A. Patten
Patten, Peterman, Bekkedahl & Green, PLLC
Suite 300, The Fratt Building
2817 Second Avenue North
Billings, MT 59101-2041
Tel.:  (406) 252-8500
Fax:   (406) 294-9500
email:  apatten@ppbglaw.com

2. Counsel for Federal Defendants UNITED STATES DEPARTMENT OF STATE and Under Secretary of State THOMAS A. SHANNON, JR., Secretary of the Interior RYAN KEITH ZINKE, Acting Director of the United States Fish and Wildlife Service JAMES W. KURTH, and the UNITED STATES FISH AND WILDLIFE SERVICE

Mark Steger Smith
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Tel: (406) 247-4667
Fax: (406) 657-6058
email: mark.smith3@usdoj.gov

Jean E. Williams, Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
Seth M. Barsky, Section Chief
Bridget Kennedy McNeil (CO Bar 34299)
Wildlife and Marine Resources Section
Luther L. Hajek (CO Bar 44303)
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1484, (303) 844-1376
Fax: (303) 844-1350

email: bridget.mcneil@usdoj.gov
      luke.hajek@usdoj.gov

3.      Counsel for Defendants-Intervenors TRANSCANADA KEYSTONE PIPELINE, LP and TRANSCANADA CORPORATION

Jeffrey J. Oven
Mark L. Stermitz
Jeffrey M. Roth
Crowley Fleck PLLP
490 North 31st Street, Suite 500
Billings, MT 59103-2529
Tel: (406) 252-3411
email: joven@crowleyfleck.com
      mstermitz@crowleyfleck.com
      jroth@crowleyfleck.com

Peter R. Steenland
Peter R. Whitfield
Lauren C. Freeman
Sidley Austin LLP
1501 K. Street, NW
Washington, DC 20005
Tel: (202) 736-8000
email: psteenland@sidley.com
      pwhitfield@sidley.com
      lfreeman@sidley.com

A copy of the Court's Judgment in a Civil Case filed November 15, 2018, is annexed hereto.

Dated:  January 14, 2019      Respectfully submitted,

      /s/ *Stephan C. Volker*
      STEPHAN C. VOLKER

4

PATTEN, PETERMAN, BEKKEDAHL, & GREEN, PLLC

s/ *James A. Patten*
JAMES A. PATTEN

Attorneys for Plaintiffs
INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE
Attorneys for Plaintiffs and Appellants

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2019, a copy of the foregoing

**PLAINTIFFS INDIGENOUS ENVIRONMENTAL NETWORK'S and**

**NORTH COAST RIVERS ALLIANCE'S NOTICE OF APPEAL TO**

**COURT OF APPEALS FOR THE NINTH CIRCUIT** was electronically served

on all counsel of record via the Court's CM/ECF system.


s/ *Stephan C. Volker*
Attorneys for Plaintiffs
INDIGENOUS ENVIRONMENTAL NETWORK
and NORTH COAST RIVERS ALLIANCE

6