UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 28 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK; NORTH COAST RIVERS ALLIANCE,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF STATE; et al.,<br><br>        Defendants,<br><br> and<br><br>TRANSCANADA KEYSTONE PIPELINE, LP; TRANSCANADA CORPORATION,<br><br>        Intervenor-Defendants-Appellants. | No.   18-36068<br><br>D.C. No. 4:17-cv-00029-BMM<br>District of Montana,<br>Great Falls<br><br>ORDER |
| NORTHERN PLAINS RESOURCE COUNCIL; et al.,<br><br>        Plaintiffs-Appellees,<br><br>ROSEBUD SIOUX TRIBE; FORT BELKNAP INDIAN COMMUNITY,<br><br>        Intervenors-Pending,<br><br> v.<br><br>THOMAS A. SHANNON, Jr., in his official | No.   18-36069<br><br>D.C. No. 4:17-cv-00031-BMM |

| | |
|---|---|
| capacity; et al., <br><br>             Defendants, <br><br> and <br><br> TRANSCANADA KEYSTONE PIPELINE, LP; TRANSCANADA CORPORATION, <br><br>     Intervenor-Defendants-Appellants. | |
| INDIGENOUS ENVIRONMENTAL NETWORK; NORTH COAST RIVERS ALLIANCE, <br><br>         Plaintiffs-Appellants, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE; et al., <br><br>         Defendants-Appellees, <br><br> TRANSCANADA KEYSTONE PIPELINE, LP; TRANSCANADA CORPORATION, <br><br>     Intervenor-Defendants-Appellees. | No.   19-35036 <br><br> D.C. Nos.   4:17-cv-00029-BMM <br>            4:17-cv-00031-BMM |
| NORTHERN PLAINS RESOURCE COUNCIL; et al., <br><br>         Plaintiffs-Appellants, <br><br> ROSEBUD SIOUX TRIBE; FORT | No.   19-35064 <br><br> D.C. Nos.   4:17-cv-00029-BMM <br>            4:17-cv-00031-BMM |

2

BELKNAP INDIAN COMMUNITY,

   Intervenors-Pending,

 v.

THOMAS A. SHANNON, Jr., in his official capacity; et al.,

   Defendants-Appellees,

TRANSCANADA KEYSTONE PIPELINE, LP; TRANSCANADA CORPORATION,

  Intervenor-Defendants-Appellees.

---

INDIGENOUS ENVIRONMENTAL NETWORK; et al.,

   Plaintiffs-Appellees,

ROSEBUD SIOUX TRIBE; FORT BELKNAP INDIAN COMMUNITY,

   Intervenors-Pending,

 v.

UNITED STATES DEPARTMENT OF STATE; et al.,

   Defendants-Appellants,

 and

TRANSCANADA KEYSTONE PIPELINE, LP; TRANSCANADA CORPORATION,

No. 19-35099

D.C. Nos. 4:17-cv-00029-BMM
     4:17-cv-00031-BMM

Intervenor-Defendants.

Before:  SILVERMAN and TALLMAN, Circuit Judges.

The unopposed motion for an extension of time to file opening briefs (No. 18-36069 Docket Entry No. 41) is granted.  The briefing schedule for these consolidated cross-appeals shall proceed as follows:

The first cross-appeal (opening) briefs of the appellants in consolidated appeal Nos. 18-36068 and 18-36069, TransCanada Keystone Pipeline, LP and TransCanada Corporation ("TransCanada"), and the appellants in appeal No. 19-35099, U.S. Department of State, et al. ("federal government appellants") shall be due May 13, 2019; the second (answering and opening) cross-appeal briefs of the appellants in consolidated appeal Nos. 19-35036 and 19-35064, Indigenous Environmental Network, et al. ("IEN") and the Northern Plains Resource Council, et. al. ("NPRC") shall be due June 12, 2019; the third cross-appeal (reply and answering) briefs of TransCanada and the federal government appellants shall be due July 12, 2019; the optional cross-appeal reply brief by IEN and NPRC is due within 21 days after service of the last of the third cross-appeal briefs.

Applicants Rosebud Sioux Tribe and Fort Belknap Indian Community's motion to intervene will be addressed by separate order.

4