UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 6 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK; NORTH COAST RIVERS ALLIANCE, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE; et al., <br><br> Defendants, <br><br> and <br><br> TRANSCANADA KEYSTONE PIPELINE, LP; TRANSCANADA CORPORATION, <br><br> Intervenor-Defendants-Appellants. | No. 18-36068 <br><br> D.C. No. 4:17-cv-00029-BMM <br> District of Montana, <br> Great Falls <br><br> ORDER |
| NORTHERN PLAINS RESOURCE COUNCIL; et al., <br><br> Plaintiffs-Appellees, <br><br> FORT BELKNAP INDIAN COMMUNITY; ROSEBUD SIOUX TRIBE, <br><br> Intervenors, <br><br> v. <br><br> THOMAS A. SHANNON, Jr., in his official | No. 18-36069 <br><br> D.C. No. 4:17-cv-00031-BMM |

| | |
|---|---|
| capacity; et al., | |
| Defendants, | |
| and | |
| TRANSCANADA KEYSTONE PIPELINE, LP; TRANSCANADA CORPORATION, | |
| Intervenor-Defendants-Appellants. | |

| | | |
|---|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK; NORTH COAST RIVERS ALLIANCE, | No. | 19-35036 |
| | D.C. Nos. | 4:17-cv-00029-BMM |
| | | 4:17-cv-00031-BMM |
| Plaintiffs-Appellants, | | |
| v. | | |
| UNITED STATES DEPARTMENT OF STATE; et al., | | |
| Defendants-Appellees, | | |
| TRANSCANADA KEYSTONE PIPELINE, LP; TRANSCANADA CORPORATION, | | |
| Intervenor-Defendants-Appellees. | | |

| | | |
|---|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL; et al., | No. | 19-35064 |
| | D.C. Nos. | 4:17-cv-00029-BMM |
| Plaintiffs-Appellants, | | 4:17-cv-00031-BMM |
| FORT BELKNAP INDIAN COMMUNITY; | | |

| | |
|---|---|
| ROSEBUD SIOUX TRIBE,<br><br>        Intervenors,<br><br> v.<br><br>THOMAS A. SHANNON, Jr., in his official capacity; et al.,<br><br>        Defendants-Appellees,<br><br>TRANSCANADA KEYSTONE PIPELINE, LP; TRANSCANADA CORPORATION,<br><br>    Intervenor-Defendants-Appellees. | |
| INDIGENOUS ENVIRONMENTAL NETWORK; et al.,<br><br>        Plaintiffs-Appellees,<br><br>FORT BELKNAP INDIAN COMMUNITY; ROSEBUD SIOUX TRIBE,<br><br>        Intervenors,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF STATE; et al.,<br><br>        Defendants-Appellants,<br><br> and<br><br>TRANSCANADA KEYSTONE PIPELINE, LP; TRANSCANADA CORPORATION, | No.   19-35099<br><br>D.C. Nos.   4:17-cv-00029-BMM<br>               4:17-cv-00031-BMM |

| Intervenor-Defendants. |

Before: LEAVY, CALLAHAN, and BEA, Circuit Judges.

We grant TransCanada Corporation and TransCanada Keystone Pipeline, LP ("TransCanada") and the Federal parties' motions to dismiss these appeals as moot (No. 18-36068 Docket Entry Nos. 35, 36).

We grant TransCanada's motion to vacate the district court's November 15, 2018 judgments entered in district court actions 4:17-cv-00029-BMM and 4:17-cv-00031-BMM, dissolve the district court's permanent injunction orders, and remand with instructions to dismiss the district court actions as moot. *See United States v. Munsingwear*, 340 U.S. 36, 39 (1950).

Each party shall bear its own costs on appeal.

**DISMISSED and REMANDED with instructions to VACATE the judgments and to DISMISS the actions as moot.**