# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> Defendants, <br> and <br><br> TRANSCANADA KEYSTONE PIPELINE, *et al.*, <br><br> Defendant-Intervenors. | CV 17-29-GF-BMM <br><br> **ORDER ENTERING STIPULATED SETTLEMENT AGREEMENT ON PLAINTIFFS INDIGENOUS ENVIRONMENTAL NETWORK ET AL.'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

This matter comes before the Court on the parties' Stipulated Settlement Agreement on Plaintiffs' Indigenous Environmental Network et al.'s Motion for Attorneys' Fees and Costs. Having reviewed the terms and conditions of the agreement, the Court now finds that there is good cause shown to support entering the Agreement. Accordingly, the Court hereby APPROVES the Stipulated Settlement Agreement. The terms and conditions of the parties' Stipulated Settlement Agreement are incorporated into this Order.

Plaintiffs' Motion for Attorneys' Fees and Costs, ECF No. 265, is DISMISSED with prejudice.

The Court retains jurisdiction of this matter solely for purposes of enforcing the Stipulated Settlement Agreement.

DATED this 31st day of January, 2020.

Brian Morris
United States District Court Judge