**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVER ALLIANCE, and NORTHERN PLAINS RESOURCE COUNCIL, et al., | CV-17-29-GF-BMM CV-17-31-GF-BMM |
| Plaintiffs, | |
| v. | **ORDER** |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendants, | |
| TRANSCANADA KEYSTONE PIPELINE and TRANSCANADA CORPORATION, | |
| Defendant-Intervenors. | |

United States District Judge Brian Morris has referred Plaintiffs' Amended

Motion for Attorneys' Fees to the undersigned for the purpose of conducting a

settlement conference.

Accordingly, IT IS HEREBY ORDERED:

1.     The undersigned will conduct a settlement conference at 11:00 a.m. on April 23, 2020, at the James F. Battin Federal Courthouse in Billings, Montana. The parties shall report to the Clerk of Court for the location of the settlement conference.

2.     It is the responsibility of counsel to ensure that a person with ultimate settlement authority attends the settlement conference and participates in good faith.  L.R. 16.5(b)(4)(A).  The failure to participate in good faith may result in the imposition of sanctions against the offending party.  L.R. 16.5(b)(4)(B).

3.     Each party shall submit a confidential settlement statement to the undersigned on before 12:00 p.m. on April 16, 2020.   The settlement statement should be in letter form and not exceed 10 pages, including attachments.  The settlement statement must set forth: 1) a brief factual outline of the case; 2) a brief discussion of any unique legal issues present in the case; 3) a candid discussion of the strengths and weaknesses of your client's position; 4) the history of settlement negotiations; and 5) the name and position of the person(s) who will be attending the settlement conference with ultimate settlement authority.  The parties need not repeat matters discussed in their preliminary pretrial statements.  The parties shall submit their settlement statements to the undersigned via email addressed to sara_luoma@mtd.uscourts.gov.

-2-

4.     The settlement statements shall remain confidential.  The settlement statements will not be exchanged among the parties, and they will not become part of the formal court record.  The Court will destroy the settlement statements after the settlement conference.

DATED this 20th day of February, 2020

John Johnston
United States Magistrate Judge