IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>Federal Defendants, and<br><br>TRANSCANADA KEYSTONE PIPELINE, et al.,<br><br>Defendant-Intervenors | CV 17-29-GF-BMM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br><br>Judge:   Hon. Brian M. Morris |

This matter comes before the Court on the parties' Joint Motion to Dismiss. Having considered the Motion and finding good cause, the Motion is hereby GRANTED. The case is dismissed as moot and the Court's November 15, 2018 judgment (Doc. 220) is vacated.

IT IS SO ORDERED.

DATED this 27th day of September, 2022

_____
Brian Morris, Chief District Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2022, a copy of the foregoing **[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS** was electronically served on all counsel of record via the Court's CM/ECF system.

s/ *Stephan C. Volker*
Attorneys for Plaintiffs
INDIGENOUS ENVIRONMENTAL NETWORK
and NORTH COAST RIVERS ALLIANCE
